THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. FRANK DE R. STOREY, Appellant.

*Crimes — receiving stolen property — judgment of conviction affirmed.*

People v. *Storey*, 215 App. Div. 446, affirmed.
(Argued October 6, 1926; decided October 22, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 5, 1926, which affirmed a judgment of the Court of General Sessions of the Peace in the County of New York, rendered upon a verdict convicting defendant of the crime of criminally receiving stolen property.

*George Gordon Battle* and *Harrison W. Gebhardt* for appellant.

*Joab H. Banton,* District Attorney (*Robert C. Taylor* of counsel), for respondent.

Judgment affirmed under the provisions of section 542 of the Code of Criminal Procedure; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

WILLIAM S. EVANS, Respondent, v. STAR COMPANY, Appellant.

*Libel — charge that Member of Assembly was bribed to absent himself
from meeting of committee.*

*Evans* v. *Star Co.,* 216 App. Div. 736, affirmed.
(Argued October 5, 1926; decided October 22, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 31, 1926, modifying and affirming as modified a verdict in favor of plaintiff entered upon a verdict in an action for libel. The complaint alleged that defendant published in its newspapers articles falsely charging defendant, a Member of Assembly, of having been bribed to absent himself from a meeting of the judiciary committee of which he was a member.

*Clarence J. Shearn* and *William A. De Ford* for appellant.
*Martin Conboy, Henry T. Hall* and *Don R. Almy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

EARL R. DICKES, as Trustee for HOLMES AUTOMOBILE COMPANY and WALKER BODY COMPANY, Respondent, *v.* GLOBE INDEMNITY COMPANY, Appellant.

*Conversion — execution — action to recover value of property alleged to have been wrongfully seized under execution.*

*Dickes* v. *Globe Indemnity Co.*, 216 App. Div. 710, affirmed.

(Submitted October 5, 1926; decided October 22, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 24, 1926, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury. The action, originally brought against the sheriff of the county of New York, the present defendant having been thereafter substituted, was to recover the value of an automobile and automobile chassis, alleged to have been wrongfully seized by the sheriff under execution.

*David L. Fultz* for appellant.
*John C. von Glahn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

HERMAN SCHULMAN, Respondent, *v.* PHILIP I. SCHICK, Appellant.

*Landlord and tenant — false representations — action to cancel lease and to recover damages arising from false representations of lessor.*

*Schulman* v. *Schick*, 215 App. Div. 846, affirmed.

(Submitted October 5, 1926; decided October 22, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department,